IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE DWAYNE WILLIAMS,** | * |
| # 06406-003, | * |
| | * |
|     Petitioner, | * |
| | * CRIMINAL NO. 19-00053-WS-B |
| vs. | * CIVIL ACTION NO. 21-00252-WS-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 15, 2024 (Doc. 129) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Terrance Dwayne Williams' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 84) and "Second-In-Time Motion Pursuant to 28 U.S.C. § 2255" (Doc. 111), which the Court construes as a motion for leave to amend the initial § 2255 motion, are **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner Williams is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 12th day of March, 2024.

*William H. Steele*
**UNITED STATES DISTRICT JUDGE**